# AVROM R. VANN, P.C.
ATTORNEY-AT-LAW
2 University Drive Plaza - Suite 600
Hackensack, New Jersey 07601

(212) 382-1700

AVROM R. VANN, P.C.*

FACSIMILE NO. (212) 661-6976

*MEMBER NEW YORK
AND NEW JERSEY BARS

February 6, 2024

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    Prompt Apparel LA, Inc. v. Chic Home Design LLC et al
             USDC File Number: 1:24-cv-00279 PAE
             Conference Date: February 9, 2024 2:00 P.M.

Dear Judge Engelmayer:

    I am writing to request a brief adjournment of the conference presently scheduled for this coming Friday, February 9, 2024, at 2 PM.

    My grandson has just informed me that he will be naming his daughter (my great granddaughter) at Sabbath services this coming Saturday. As I very much would want to attend and as a Sabbath Observer I would need to be traveling to Far Rockaway, New York at the very time that the conference with the Court is scheduled, I am respectfully requesting a very brief adjournment of the conference to either the following Monday or Tuesday at any time convenient to the Court.

    I did seek the consent of my adversary who has refused to consent asserting that the matters before the court are "urgent". Succinctly stated the Plaintiff operates a warehouse facility in Los Angeles, California in which the Defendants store merchandise. While a dispute exists concerning the rates which the Defendants are obligated to pay, the Defendants have failed to timely pay even those portions of the charges which are undisputed.

  Nothing will occur between Friday and early next week which would adversely effect the Defendants and which require urgent intervention by this Court.

              Respectfully submitted:

              AVROM R. VANN, P.C.

            By: _____
               Avrom R. Vann, Esquire

ARV: me
cc: Jonathan Ozarow, Esquire

Granted. Because counsel makes this request, in part, as an accommodation for his religious observance, the Court hereby GRANTS his request. The initial pretrial conference is hereby rescheduled for February 12, 2024 at 10:30 a.m. The Court directs the parties to inform the Court by letter if the new date and time does not work.

SO ORDERED.

    *Paul A. Engelmayer*
  _____
  PAUL A. ENGELMAYER
  United States District Judge
  February 6, 2024