```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prompt Apparel LA, Inc.,

                Plaintiff,

-against-

Chic Home Design LLC et al.,

                Defendants.

1:24-cv-00279 (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that a settlement conference is scheduled before Magistrate Judge Stewart Aaron on Monday, April 1, 2024 at 2:00 p.m. The conference shall proceed by Microsoft Teams unless the parties advise the Court that they have access to and prefer proceeding by alternative remote means.

    It is further Ordered that, no later than Wednesday, March 6, 2024, the parties shall file a joint letter stating whether either side intends to demand a jury and confirming that all parties consent to the undersigned conducting a settlement conference even though I am the presiding judge.

    The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-

settlement conference letter no later than 7 days before the conference (*i.e.*, Monday, March 25, 2024).

**SO ORDERED.**

Dated:   New York, New York
         February 28, 2024

_____
STEWART D. AARON
United States Magistrate Judge