USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/10/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prompt Apparel LA, Inc.,

                    Plaintiff,

-against-

Chic Home Design LLC et al.,

                    Defendants.

1:24-cv-00279 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, if this action is not resolved by May 1, 2024, the parties shall, on that date, file a joint letter regarding the status of discovery, including any proposed revisions to the February 12, 2024 Case Management Plan and Scheduling Order. (*See* Scheduling Order, ECF No. 16.)

**SO ORDERED.**

Dated:     New York, New York
            April 10, 2024

_____
STEWART D. AARON
United States Magistrate Judge