```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prompt Apparel LA, Inc.,

                Plaintiff,

-against-

Chic Home Design LLC et al.,

                Defendants.

1:24-cv-00279 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference with the parties, it is hereby Ordered that the Case Management Plan and Scheduling Order ("CMP") entered at ECF No. 16 remains in place, except as set forth below:

1. Paragraph 6 of the CMP is superseded to provide as follows:

    a. Plaintiff shall respond to the outstanding discovery requests no later May 10, 2024.

    b. Any additional requests for production of documents by either side shall be served no later than May 10, 2024.

    c. Any additional interrogatories shall be served no later than May 10, 2024.

    d. Requests to admit shall be served no later than May 15, 2024.

    e. Depositions shall be completed no later than June 28, 2024.

2. Paragraph 8 of the CMP is deemed withdrawn, as this Court does not require pre-motion letters. The Court shall set a schedule for any dispositive motions following the close of discovery.

3. Paragraph 11 of the CMP is deemed withdrawn. The Court shall set a new deadline for a Joint Pretrial Order and other pre-trial filings following decision on any dispositive motions.

**SO ORDERED.**

Dated: New York, New York
May 3, 2024

_____
STEWART D. AARON
United States Magistrate Judge