```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prompt Apparel LA, Inc.,

                Plaintiff,

-against-

Chic Home Design LLC et al.,

                Defendants.

1:24-cv-00279 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Discovery in this action closed on August 9, 2024. (*See* Civil Case Management Plan and Scheduling Order, ECF No. 16; *see also* 5/3/24 Order, ECF No. 36.) It is hereby Ordered that, no later than August 19, 2024, the parties shall file a joint letter addressing the following:

1. Whether the parties wish to be referred to mediation.

2. Whether either side intends to file a dispositive motion. If so, the parties also shall set forth a proposed schedule.

3. If neither side intends to file a dispositive motion, the parties shall provide proposed trial dates in December 2024 or January 2025, along with a proposed schedule for a Joint Pretrial Order and other pre-trial filings as set forth in Section IV of the Court's Individual Practices, including Proposed Findings of Fact and Conclusions of Law.

**SO ORDERED.**

Dated:    New York, New York
            August 13, 2024

_____
STEWART D. AARON
United States Magistrate Judge