```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Prompt Apparel LA, Inc., <br><br>                            Plaintiff, <br><br>     -against- <br><br>Chic Home Design LLC et al., <br><br>                           Defendants. | 1:24-cv-00279 (SDA) <br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge:**

      It is hereby Ordered that, no later than November 19, 2024, Defendants shall respond to Plaintiff's Statement of Uncontroverted Material Facts In Support Of Motion For Partial Summary Judgment (ECF No. 58-1) and Plaintiff's Supplemental Statement Of Uncontroverted Material Facts In Support Of Opposition To Motion For Summary Judgment (ECF No. 64-18).

**SO ORDERED.**

Dated:     New York, New York
             November 12, 2024

_____
STEWART D. AARON
United States Magistrate Judge