```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prompt Apparel LA, Inc.,

                        Plaintiff,

      -against-

Chic Home Design LLC et al.,

                        Defendants.

1:24-cv-00279 (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a final pre-trial conference in this action on Tuesday, April 1, 2025, at 11:00 a.m. The conference shall be conducted via telephone. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

Dated:     New York, New York
            March 13, 2025

_____
STEWART D. AARON
United States Magistrate Judge