```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Prompt Apparel LA, Inc.,

           Plaintiff,

-against-

Chic Home Design LLC et al.,

           Defendants.

1:24-cv-00279 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Following the bench trial in this action, it is hereby Ordered that the parties shall file their post-trial briefings no later than May 16, 2025. It is further Ordered that the parties shall appear on May 21, 2025 at 2:00 p.m. for final arguments in Courtroom 11C.

SO ORDERED.

Dated:    New York, New York
           April 9, 2025

_____
STEWART D. AARON
United States Magistrate Judge