UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PROMPT APPAREL LA, INC.,

                Plaintiff,

   -against-                                        24 **CIVIL** 0279 (SDA)

## **JUDGMENT**

CHIC HOME DESIGN LLC., ET AL.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 31, 2025, Plaintiff is entitled to recover on its breach of contract claim from Defendant Chic the sum of $12,500.00, plus prejudgment interest, and on its remaining claims from Defendant Chic the sum of $1,603,662.36 for the reasonable value of services rendered. Judgment is entered in favor of Prompt Apparel LA, Inc., and against Chic Home Design LLC in the sum of $1,616,162.36, plus prejudgment interest on $12,500.00 at the rate of 9% per annum from August 14, 2023 for the total interest amount of $2,028.08. Accordingly, the case is closed.

**Dated:** New York, New York

      June 2, 2025

                                                        **TAMMI M. HELLWIG**
                                                           **Clerk of Court**

                                   **BY:**

                                                           **Deputy Clerk**